# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | 9668135 | LUJAN | 4403 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 02/11/2021 1730
Offense Charged: ☒ USC  18 USC 111 (a)

Place of Offense: 203 ABEYTA CT, OCEANSIDE CA 92058

Offense Description: Factual Basis for Charge — HAZMAT ☐

18 USC 111 (a) ASSAULT ON PEACE OFFICER

### DEFENDANT INFORMATION

Last Name: ROSS
First: SHIKITA
MI: L

APPEARANCE IS REQUIRED — Box A checked
CCN: 21-00459

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: 1100 UNION STREET, SAN DIEGO, CA 92101

X Defendant Signature: [signed]

Original - CVB Copy
CCN: 21-00459   *9668135*   Enclosure(1)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

SEE ATTACHED

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/11/2021
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident